FILED____ RECEIVED____

2016 AUG 12  AM 11: 41

US COURTS
COEUR D'ALENE, ID

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Chrystle Horvath<br>Plaintiff,<br><br>vs.<br><br>The City of Ponderay, Idaho, and<br>Chief Michael Hutter, in his individual<br>and official capacities,<br>Defendants | Case No. **CV 16-365 N REB**<br><br>**COMPLAINT**<br>**(28 U.S.C. § 1331: federal question)**<br><br>Jury Trial Requested  _X_ yes  ___no |

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

    [x]  Federal Statute: Title VII and 42 USC 1983
    [x]  United States Constitution
    [x]  And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is ___Chrystle Horvath___. I am a citizen of the State of ___Idaho___,

presently residing at ___827 W Pine St. Sandpoint Idaho 83864___

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing ___The City of Ponderay, Idaho___, who was acting as ___My employer___
      (Defendant)                                                  *(if applicable: job title, if a person; function, if an entity)*

for the ___City of Ponderay, Idaho___.
      *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on ___August 19, 2014 - March 15, 2015___, Defendant
                                                                               *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

I accepted a voluntary reassignment from Patrol Officer to Desk Officer. A Desk Officer position was created and replaced an existing records position, but it was made clear beforehand that I would remain a sworn Police Officer at all times, would retain my rank of corporal and would (and did) cover patrol shifts when needed. On or about August 19, 2014, Chief Hutter removed me from performing my fill-in patrol duties, without any investigation, without any documented official disciplinary action, and without any documented complaint. After that, I asked if I could appeal the decision, as I know I didn't do anything wrong or violate policy. Chief Hutter told me that it would be best if I just kept my head down and waited for six months to see how things go. I then contacted the Mayors Office to try to get a meeting with her to grieve this demotion, but Chief Hutter told me that the Mayor had contacted him and I was told not to have any further contact with the Mayor or City Council on this matter. Once again, He told me "keep my head down" and just see if things change. When I first agreed to accept the Desk Officer and fill-in Patrol Position, I told Chief Hutter that after a year or so I did want to go back to full time patrol. He told me he wouldn't even consider me for full time patrol because he liked the way I worked the desk. I eventually hired a lawyer who wrote a letter to Chief Hutter asking him to explain why I had been demoted. On January 13, 2015, Chief Hutter wrote back and denied that he had demoted me and lied stating that I had actually requested the demotion. On or about March 15, 2015 Chief Hutter told me he was taking my Corporal stripes. This upset me greatly because I had worked hard to get promoted to the rank of Corporal. I asked him why he was doing this and he said he liked me at the desk. I told him that I did want to go back to Patrol Officer functions and he told me he wouldn't even consider that. I feel that the City, and Chief Hutter discriminated against me and constructively discharged me because I am the only female employee in the Department, and because he wouldn't allow me to challenge or appeal his decisions. I feel Chief Hutter acted with gross negligence and without any regard for my rights. My attorney then served a Notice of Tort Claim on the City on February 23, 2015. I filed a complaint with the EEOC on November 16, 2015. On May 12, 2016, my attorney received notice of a RTS letter from the EEOC. My EEOC claim was cross filed IHRC. Subsequent to this my job designation with the state retirement fund was reassigned from "Police" to "administrative", resulting in a lower compensation rate. There is clear department policy governing disciplinary actions, which was not followed.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
The federal violations of Sexual Discrimination and Violation of procedural due process.

The state violations of Breach of contractual duties and promises, and Emotional Distress

D. I allege that I suffered the following injury or damages as a result:
Emotional stress and anxiety, loss of income, loss of future income and loss of retirement income, punitive damages, attorney fees and costs.

E. I seek the following relief: 5 million dollars

Complaint (Rev. 7/2014)                                                    2

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Michael Hutter, individually and officially,__ who was acting as __Police Chief, and as an individual__
    *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
for the __City of Ponderay, Idaho__ .
    *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on __August 19, 2014 - March 15, 2015__, Defendant
                                                                    *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

I accepted a voluntary reassignment from Patrol Officer to Desk Officer. A Desk Officer position was created and replaced an existing records position, but it was made clear beforehand that I would remain a sworn Police Officer at all times, would retain my rank of corporal and would (and did) cover patrol shifts when needed. On or about August 19, 2014, Chief Hutter removed me from performing my fill-in patrol duties, without any investigation, without any documented official disciplinary action, and without any documented complaint. After that, I asked if I could appeal the decision, as I know I didn't do anything wrong or violate policy. Chief Hutter told me that it would be best if I just kept my head down and waited for six months to see how things go. I then contacted the Mayors Office to try to get a meeting with her to grieve this demotion, but Chief Hutter told me that the Mayor had contacted him and I was told not to have any further contact with the Mayor or City Council on this matter. Once again, He told me "keep my head down" and just see if things change. When I first agreed to accept the Desk Officer and fill-in Patrol Position, I told Chief Hutter that after a year or so I did want to go back to full time patrol. He told me he wouldn't even consider me for full time patrol because he liked the way I worked the desk. I eventually hired a lawyer who wrote a letter to Chief Hutter asking him to explain why I had been demoted. On January 13, 2015, Chief Hutter wrote back and denied that he had demoted me and lied stating that I had actually requested the demotion. On or about March 15, 2015 Chief Hutter told me he was taking my Corporal stripes. This upset me greatly because I had worked hard to get promoted to the rank of Corporal. I asked him why he was doing this and he said he liked me at the desk. I told him that I did want to go back to Patrol Officer functions and he told me he wouldn't even consider that. I feel that the City, and Chief Hutter discriminated against me and constructively discharged me because I am the only female employee in the Department, and because he wouldn't allow me to challenge or appeal his decisions. I feel Chief Hutter acted with gross negligence and without any regard for my rights. My attorney then served a Notice of Tort Claim on the City on February 23, 2015. I filed a complaint with the EEOC on November 16, 2015. On May 12, 2016, my attorney received notice of a RTS letter from the EEOC. My EEOC claim was cross filed IHRC. Subsequent to this my job designation with the state retirement fund was reassigned from "Police" to "administrative", resulting in a lower compensation rate. There is clear department policy governing disciplinary actions, which was not followed.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
The federal violations of Sexual Discrimination and Violation of procedural due process.

The state violations of Breach of contractual duties and promises, and Emotional Distress

D. I allege that I suffered the following injury or damages as a result:
Emotional stress and anxiety, loss of income, loss of future income and loss of retirement income, punitive damages, attorney fees and costs.
E. I seek the following relief: __5 million dollars__

Complaint (Rev. 7/2014)

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at  Sandpoint Idaho            on  08/12/2016            .
              (Location)                      (Date)

*[signature]*
Plaintiff's Original Signature