UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRYSTLE HORVATH,<br>         Plaintiff,<br>v.<br>CITY OF PONDERAY, IDAHO, and CHIEF MICHAEL HUTTER, in his Individual and official capacities,<br>         Defendants. | Case No. 2:16-cv-00365-EJL<br><br>ORDER |

      This matter is before this Court pursuant to an Order of Reassignment. Having reviewed the entire record in this matter, the Court finds the Plaintiff, Chrystle Horvath, has failed to comply with the Orders of the Magistrate Judge requiring that she submit a supplemental In Forma Pauperis Application with current financial information, pay the requisite filing fee, and serve the Defendants. (Dkt. 5, 6, 7.) The Plaintiff was expressly advised and notified that failure to comply with those Orders would result in dismissal of this action. For these reasons, the Court finds this case is appropriate for dismissal.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that this case is **DISMISSED**.

DATED: January 23, 2018

*(signature)*

Honorable Edward J. Lodge
United States District Court